1

2

3

4

5

6

7

8                             IN THE UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MANUEL JOSEPH TRUJILLO,

11                  Petitioner,                    No. CIV S-05-2251 DFL KJM P

12          vs.

13   A. SCRIBNER,

14                  Respondent.                    <u>ORDER</u>

15   _____/

16          Petitioner, a state prisoner proceeding pro se, has filed this application for a writ

17   of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States

18   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19          On January 9, 2007, the magistrate judge filed findings and recommendations

20   herein which were served on all parties and which contained notice to all parties that any

21   objections to the findings and recommendations were to be filed within twenty days.  Petitioner

22   has filed objections to the findings and recommendations.

23          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

24   304, this court has conducted a <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the entire

25   file, the court finds the findings and recommendations to be supported by the record and by

26   proper analysis.

1

1        Accordingly, IT IS HEREBY ORDERED that:

2        1.  The findings and recommendations filed January 9, 2007, are adopted in full;

3        2.  Respondent's July 10, 2006 motion to dismiss is granted; and

4        3.  This case is dismissed.

5    DATED:    March 16, 2007

6

7                                        /s/ David F. Levi
                                         UNITED STATES DISTRICT JUDGE
8    /truj2251.805hc

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2